**Order entered September 3, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00697-CR

### ALLEN MAURICE LITTLE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F-0951721-Y

## ORDER

The Court **REINSTATES** the appeal.

On July 29, 2014, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is represented by retained counsel; (3) counsel requested preparation of the reporter's record on May 22, 2014 and sent the court reporter payment on July 31, 2014; (4) Sharon Hazlewood is the court reporter who recorded the proceedings; (5) Ms. Hazlewood's explanation for the delay in filing the record is her workload and that this was an out-of-time appeal that did not show on her normal schedule; and (6) Ms. Hazlewood requested thirty days from the August 25, 2014 findings to file the reporter's record.

We **ORDER** Sharon Hazlewood, official court reporter of the Criminal District Court No. 7, to file the complete reporter's record, including exhibits, by **SEPTEMBER 26, 2014**.

We **DENY** as moot Ms. Hazlewood's July 29, 2014 request for an extension until September 1, 2014 to file the reporter's record.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sharon Hazlewood, official court reporter, Criminal District Court No. 7, and to counsel for all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE